**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN D. KING,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>BOMBARDIER AEROSPACE CORPORATION, et al.;<br><br>        Defendants - Appellants. | No. 24-2703<br><br>D.C. No.<br>2:22-cv-06637-JAK<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| JONATHAN D. KING,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>BOMBARDIER AEROSPACE CORPORATION, et al.;<br><br>        Defendants - Appellees. | No. 24-3689<br><br>D.C. No.<br>2:22-cv-06637-JAK<br>Central District of California,<br>Los Angeles |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

     The May 3, 2024 order to show cause in No. 24-2703 is discharged. In addition to all other issues the parties wish to raise in their briefs, the parties are directed to address the basis for this court's jurisdiction over these cross-appeals.

     The first brief on cross-appeal is due July 15, 2024. The second brief on cross-appeal is due August 14, 2024. The third brief on cross-appeal is due

September 13, 2024. The optional cross-appeal reply brief is due within 21 days of service of the third brief on cross-appeal.