**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN D. KING,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>BOMBARDIER AEROSPACE CORPORATION, et al.;<br><br>      Defendants - Appellants. | No. 24-2703<br><br>D.C. No.<br>2:22-cv-06637-JAK<br>Central District of California, Los Angeles<br><br>ORDER |
| JONATHAN D. KING,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>BOMBARDIER AEROSPACE CORPORATION, et al.;<br><br>      Defendants - Appellees. | No. 24-3689<br>D.C. No.<br>2:22-cv-06637-JAK<br>Central District of California, Los Angeles |

      On or before August 23, 2024, counsel for appellant, and any other party who chooses to submit one, shall provide a brief, informal, confidential (not served on opposing counsel) email report to the Circuit Mediator (Robert_Kaiser@ca9.uscourts.gov). Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

The briefing schedule previously set by the court is reset as follows: the first brief on cross-appeal is due October 11, 2024; the second brief on cross-appeal is due December 10, 2024; the third brief on cross-appeal is due January 9, 2025; the optional cross-appeal reply brief is due within 21 days from the service date of the third cross-appeal brief.

FOR THE COURT:

By: Robert Kaiser
Chief Circuit Mediator